908

No. 427. SKOLNICK *v.* MARTIN ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Thomas R. McMillen* and *John M. O'Connor, Jr.* for respondents.

No. 414. MONTEROSSO ET AL. *v.* ST. LOUIS GLOBE-DEMOCRAT PUBLISHING Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Paul E. Dixon* and *Jerome J. Duff* for petitioners. *Lon Hocker* for respondent.

No. 415. IRWIN ET AL. *v.* GLOBE-DEMOCRAT PUBLISHING Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William A. Geary, Jr.* for petitioners. *Lon Hocker* for respondent.

No. 81, Misc. ROBINSON *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 135, Misc. DAVIS *v.* BETO, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Waggoner Carr,* Attorney General of Texas, and *Sam R. Wilson,* Assistant Attorney General, for respondents.

No. 162, Misc. VAN SLYKE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Michael R. Canestrano* for respondent.

No. 165, Misc. HENIG *v.* PENNSYLVANIA. Superior Court of Pennsylvania. Certiorari denied. Petitioner *pro se.* *Paul R. Sand* for respondent.